FILED
08 MAY 20 PM 3: 18

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2103

_____, Plaintiff,

vs.

_____, Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, __Corie McNair__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes __✓__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$18.00_____  Net: __$18.00_____

Employer: __Randy Green, Federal Medical Center, Post Office Box 1600, Butner, North Carolina 27509__

PRIS. APP. TO PROC. IN FORMA PAUPERIS             - 1 -

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_None_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_None_

3. Are you married?      Yes ✓ No ___

Spouse's Full Name: _Marie McNair by Common Law_

Spouse's Place of Employment: _None_

Spouse's Monthly Salary, Wages or Income:

Gross $ _0_      Net $ _0_

4.     a. List amount you contribute to your spouse's support: $ _0_

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

___None_____

_____

5.  Do you own or are you buying a home?   Yes ____  No ✓

Estimated Market Value: $ __0_____  Amount of Mortgage: $ __0_____

6.  Do you own an automobile?   Yes ✓  No ____

Make __Cadillac__  Year __1988__  Model __Alonte__

Is it financed? Yes ____  No ✓  If so, Total due: $ __0.00__

Monthly Payment: $ __0__

7.  Do you have a bank account?  Yes ____  No ✓  (Do not include account numbers.)

Name(s) and address(es) of bank: __None__

_____

Present balance(s): $ __0__

Do you own any cash?  Yes ____  No ✓  Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____  No ✓

_____

8.  What are your monthly expenses?

Rent: $ __0_____  Utilities: __$8.00__

Food: $ __10.00_____  Clothing: __$0.00__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| None | $ 0.00 | $ 0.00 |
| None | $ 0.00 | $ 0.00 |
| None | $ 0.00 | $ 0.00 |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _No_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _✓_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _None_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 _May 13, 2008_              _Corie McNair_____
17    DATE                      SIGNATURE OF APPLICANT
18
19

20  _Note___ : _Under the provision(s) of Article 7 to the Universal_
21         _Declaration of Human Rights, I, Corie McNair, envoke my_
            _right as an independent citizen of the United States of_
22          _America, to fully exercise my liberty to have my Civil_
23          _complaint against the members of the San Francisco Police_
24          _Department heard by members of the Public in the process_
            _of a Jury trial, free of charge._
25          _For the reason stated above, I have chosen to complete_
26          _this document entitled: CERTIFICATE OF FUNDS IN_
            _PRISONER ACCOUNT._
27          _Therefore, if any funds are going to be subtracted from my_
28          _Prisoner Commissary Account, I intend for my right to a_
            _fair and public trial/hearing in accordance with Article 7 to_
            _the Universal Declaration of Human Rights, entirely._

```
 1
 2                                           Case Number: __CV08-02103 MPH__
 3
 4
 5
 6
 7
 8                         CERTIFICATE OF FUNDS
 9                                  IN
10                         PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __Corie McNair__ for the last six months
                                          [prisoner name]
14   __Federal Medical Center__ where (s)he is confined.
              [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __127.80__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $__1.50__.
18
19   Dated: __5/14/08__                    __Charles R. [illegible], Casemanager__
                                             [Authorized officer of the institution]
20
21
...
28
```

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 93265011 | Current Institution: | Butner FCC |
| Inmate Name: | MCNAIR, CORIE | Housing Unit: | BUH-H-A |
| Report Date: | 05/14/2008 | Living Quarters: | H01-415L |
| Report Time: | 9:47:17 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

Administrative Hold Indicator: No
No Power of Attorney: No
Never Waive NSF Fee: No
Max Allowed Deduction %: 100
PIN: 6740
PAC #: 386784151
FRP Participation Status: No Obligation
Arrived From: BUX
Transferred To:
Account Creation Date: 6/17/2004
Local Account Activation Date: 6/7/2006 7:19:12 AM

Sort Codes:
Last Account Update: 5/12/2008 3:18:28 PM
Account Status: Active
Phone Balance: $0.21

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

Account Balance: $0.37
Pre-Release Balance: $0.00
Debt Encumbrance: $0.00
SPO Encumbrance: $0.00
Other Encumbrances: $0.00
Outstanding Negotiable Instruments: $0.00
Administrative Hold Balance: $0.00
Available Balance: $0.37
National 6 Months Deposits: $127.80
National 6 Months Withdrawals: $127.97
National 6 Months Avg Daily Balance: $1.50
Local Max. Balance - Prev. 30 Days: $18.22
Average Balance - Prev. 30 Days: $1.89

## Commissary History

### Purchases

Validation Period Purchases: $14.85
YTD Purchases: $146.29
Last Sales Date: 5/12/2008 3:18:28 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $14.85
Remaining Spending Limit: $275.15

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

Corie McNair # 93265-011
Federal Medical Center
Post Office Box 1600
Butner, North Carolina
27509

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES